IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NORMAN E. SCHUCHMAN and
GLENNA SCHUCHMAN,

Plaintiffs,

v.  No. 10-cv-1024-DRH

STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. The record reflects that defendant has not filed the required Federal Rule of Civil Procedure 7.1 disclosure statement. Thus, the Court ORDERS defendant to file its disclosure statement on or before July 25, 2011.

**IT IS SO ORDERED.**

Signed this 18th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.18 16:48:49 -05'00'

**Chief Judge**
**United States District Court**