IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NORMAN E. SCHUCHMAN and
GLENNA SCHUCHMAN,

   Plaintiffs,

 -vs-

STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY,

   Defendant.           NO. 10-CV-1024-DRH

## JUDGMENT IN A CIVIL CASE

 **DECISION BY COURT.** This matter is before the court on cross motions for summary judgment.

 **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 3, 2012, judgment is entered in favor of the defendant, **STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,** and against the plaintiffs, **NORMAN E. SCHUCHMAN** and **GLENNA SCHUCHMAN**, and this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

         NANCY J. ROSENSTENGEL,
         CLERK OF COURT


         BY:  /s/*Sandy Pannier*
            **Deputy Clerk**

Dated: July 3, 2012

       David R. Herndon
       2012.07.03
       10:18:39 -05'00'

APPROVED:
   CHIEF JUDGE
   U. S. DISTRICT COURT