**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**NORMAN E. SCHUCHMAN and
GLENNA SCHUCHMAN,**

**Plaintiffs,**

**v.**

**STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY,**

**Defendant.**                          **No. 10-cv-1024-DRH-PMF**

## ORDER

**HERNDON, Chief Judge:**

In light of the Seventh Circuit's recent mandate, *see Schuchman, et al. v. State Auto Property and Casualty Ins. Co.,* No. 12-2751 (7th Cir. Oct. 23. 2013), plaintiffs' Counts II and III require resolution. Thus, the Court sets this matter for a Final Pretrial Conference to be held on **January 23, 2014, at 2:00 p.m**. Should the parties feel they would benefit from a settlement conference, they are directed to contact Magistrate Judge Frazier's chamber. Further, should the parties feel additional briefing is required, they are directed to notify this Court. Judgment shall be entered at the close of the case.

**IT IS SO ORDERED.**

Signed this 17th day of November, 2013.

David R.
Herndon
2013.11.17
08:16:50 -06'00'

**Chief Judge
United States District Court**