UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

NORMAN E. SCHUCHMAN and
GLENNA SCHUCHMAN,

    Plaintiffs,

v.

STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY,

    Defendant.                          No. 10-cv-1024-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal executed by all parties.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on January 21, 2014 (Doc. 41), this case is **DISMISSED** with prejudice.

                                       NANCY J. ROSENSTENGEL,
                                       CLERK OF COURT

                                       BY:   /s/*Sara Jennings*
                                                **Deputy Clerk**

Dated:   January 21, 2014

Digitally signed by David R. Herndon
Date: 2014.01.21 14:17:53 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT